IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re JAMES L. HALBIRT.

No. C 13-2092 MEJ (PR)

**ORDER OF TRANSFER**

Plaintiff James L. Halbirt, a state prisoner currently incarcerated at the California Men's Colony (CMC) in San Luis Obispo, California, has filed a letter complaining of his treatment by staff at the CMC, which the Court construes as an attempt to file a pro se civil rights complaint under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that the CMC staff do not allow him to practice his Buddhist religion.

The acts complained of in his complaint occurred at the CMC, located in San Luis Obispo County which lies in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: May 10, 2013

Maria-Elena James
United States Magistrate Judge

Case 2:13-cv-03462-UA-CW   Document 5   Filed 05/10/13   Page 2 of 2   Page ID #:8